5-16-11

OSIFODUNRIN, MODUPE, M.

Docket # 11-11929.

Dear Sir/ma

Motion for expedited hearing.

I have a pending sale for 2pm on my property today 5-16-11
I am imploring the court to please give me an expedited hearing on the above case for the following reasons —
I would need an extension of an automatic stay on my bankruptcy filing.

I had being working to do a workout on my loan with Indymac Bank before my first filing but at the time my realtor was negotiating with them their attorney kept scheduling a sale date of the property.

After the first filing, I was told negotiation could not continue even though I had an approval for a short sale — the bank told

me because I was in bankruptcy all talks with me had to cease. At the time, I had to let the bankruptcy be dismissed so they could continue the workout process.

As soon as the bankruptcy was dismissed their attorney again set another date for another sale but we continue to work with the bank on the short sale, within 15 days of the sale date approaching we were told they could not continue the review, at this time my only recourse was to immediately file another bankruptcy (chapter 7)

Their attorney at this time asked for a relief of stay but before I knew it was granted. I spoke to my bank and they told me they were willing to review the file again.

We sent everything they needed but for about 2 weeks we could not get anyone to confirm if they were reviewing.

My realtor finally got hold of someone and they confirmed

to her they were going to get in touch. She emailed him several times and never got in touch, by the time I called them they said even though the package was received - they needed 15 days to review.

I was then forced to file a chapter 13 on thursday, May 12th 2010.

The property is 28 Hope Street, Pawtucket according to town records it is assessed for about $157,400, I have made every effort for them to work with me to either modify it or do a short sale.

My economic situation was such that when I was laid off, it got me back on my bills but I can keep this property if they work with me. The value of it could not allow me do a refinance when all this problem started.

I am asking the court to give me an opportunity to be able to save this house through a modification. I am a single mom, I have two girls I have worked all my life, not depending

on anyone, I do not get any kind of assistance from any quarters.

Loosing everything I have worked for at This point will destroy me and my girls, we have no where to go, I make enough money now to be able to pay my bills now, please I need every help I can get the sale is scheduled for 2pm today May 16, 2011

Sincerely

*[signature]*
Modupe Osibodunrin

P.S Creditor knows I am filing this motion. a faxed copy is going to be sent.